**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                                          PLAINTIFF
ADC #110796

V.                                            NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                                          DEFENDANTS

## ORDER

Plaintiff initially filed this complaint on April 28, 2010. At Plaintiff's request, he was allowed an opportunity to file a substituted complaint, which he has now done (docket entry #6). Construing Plaintiff's substituted complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants, and will therefore order service upon them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants, and the United States Marshal is directed to serve a copy of the substituted complaint (docket entry #6), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

DATED this   21   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE