**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                    PLAINTIFF
ADC #110796

V.                                    NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                      DEFENDANTS

**ORDER**

Plaintiff filed a substituted complaint on June 16, 2010, and service was ordered. On August 12, 2010, the summons was returned unexecuted as to Defendant Jackson (docket entry #14). Service had been attempted at the Pulaski County Regional Detention Facility, but was returned because Jackson is no longer employed there. However, Jackson's address was provided and filed under seal. Accordingly, service will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Defendant Jackson's address shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Jackson, and the United States Marshal is hereby directed to serve a copy of the summons and substituted complaint (docket entry #6), and this order, on Jackson, at the address provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   16   day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE