**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                              PLAINTIFF
ADC #110796

V.                                           NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed a substituted complaint on June 16, 2010, and service was ordered. On August 16, 2010, the summons was returned un-executed as to Defendants Johnson and Bobby Green (docket entries #17 & #18). However, the Court has obtained last known addresses for Johnson and Bobby Green, and will attempt service at those addresses. The information provided also indicates that Johnson's first name is Carl; therefore Johnson's first name will be added.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct name of Defendant Carl Johnson.

2.      The addresses of Defendants Johnson and Green shall not be made part of any public record.

3.      The Clerk of the Court shall prepare a summons for Johnson and Green, and the United States Marshal is hereby directed to serve a copy of the summons and substituted complaint (docket entry #6), and this order, on Johnson, at the office address provided under seal, and on Green, at the home address provided under seal, without prepayment of fees and costs or security therefor.

4.	Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   17   day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE