# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

ROBERT KING                                                                                            PLAINTIFF
ADC #110796

V.                                      NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                            DEFENDANTS

## ORDER

Pursuant to Plaintiff's request (docket entry #117), the Clerk is directed to send Plaintiff a copy of docket entry #62.

IT IS SO ORDERED this __27__ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE