**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                         PLAINTIFF
ADC #110796

V.                                              NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                        DEFENDANTS

**ORDER**

In response to the Court's order of April 8, 2011 (docket entry #106), and in anticipation of the pre-jury evidentiary hearing scheduled for October 17, 2011, at 1:00 p.m., in Room #2B, of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted a proposed witness list requesting nine witnesses other than himself (docket entry #121). The Court notes that the evidentiary hearing to be conducted is limited in scope. Due to this limited scope, the Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1. Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed witnesses are denied.

2. The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

DATED this   22   day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE