**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                           PLAINTIFF
ADC #110796

V.                                   NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                         DEFENDANTS

## ORDER

The Court has received from Plaintiff a letter requesting that certain video and documentary evidence be sent to his appointed counsel. Because Plaintiff is represented, such requests or motions should be made by his attorney. Accordingly, the Clerk is directed to forward Plaintiff's letter to his appointed counsel.

IT IS SO ORDERED this __15__ day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE