**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                                  PLAINTIFF
ADC #110796

V.                                              NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                                DEFENDANTS

**ORDER**

Plaintiff Robert King filed an amended complaint on May 9, 2011, and service was ordered. Service for Defendant M.E. Smith was attempted at the Pulaski County Regional Detention Facility, but that attempt was unsuccessful (docket entry #166). Smith's last known address was obtained and placed under seal, and service was attempted at that address, but that attempt was also unsuccessful (docket entry #189). Accordingly, Plaintiff was directed to provided an address at which service for Smith could be attempted. Plaintiff has now provided an address, which includes Smith's full name (docket entry #210). Although the address Plaintiff has provided was the address used previously and filed under seal, the Court will again attempt service.[1] In the absence of any further requests from Plaintiff regarding Smith's service, the return of the summons unexecuted will result in the recommended dismissal of Plaintiff's claims against Smith.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct name of Defendant Margaret Elaine Smith.

2.      Smith's address shall not be made part of any public record.

---

[1] Because Smith's address has been placed under seal previously, the Court will also place Plaintiff's address notice under seal.

3. The Clerk is directed to place under seal Plaintiff's notice of Smith's address (docket entry #210).

4. Service is appropriate for Defendant Smith, and the United States Marshal is directed to serve a copy of the substituted complaint (docket entry #6), amended complaint (docket entry #130), this order, and summons, upon Smith, at the address Plaintiff provided under seal, without prepayment of fees and costs or security therefor.

5. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove Smith's address prior to forwarding a copy to either Plaintiff or his counsel.

DATED this  3   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE