**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                                PLAINTIFF
ADC #110796

V.                                              NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                                               DEFENDANTS

## ORDER

Plaintiff has submitted for filing documents in which he appears to be seeking injunctive relief to prevent retaliation he alleges he is experiencing at the Arkansas Department of Correction, or to transfer him to another state. Plaintiff is represented by counsel, and it is not the Court's practice to accept pleadings from a represented party. Moreover, this case is set for jury trial the week of July 30, 2012, involves allegations relating to an incident at the Pulaski County Regional Detention Facility, and all Defendants are either employees, or former employees, there. If Plaintiff wishes to pursue new claims against additional Defendants, he may do so in a new lawsuit. Accordingly, the Clerk is directed to return the documents to Plaintiff without filing them.

IT IS SO ORDERED this  11   day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE