# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROBERT KING                                                                                                PLAINTIFF
ADC #110796

v.                                         NO: 4:10CV00312 JLH/HDY

BOBBY GREEN, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against Defendant Margaret Elaine Smith are DISMISSED WITHOUT PREJUDICE, and Smith's name is removed as a party Defendant.

2. Plaintiff's motion to voluntarily dismiss his claims against Defendant Barbara Hamilton (docket entry #213) is GRANTED, Plaintiff's claims against Hamilton are DISMISSED WITHOUT PREJUDICE, and Hamilton's name is removed as a party Defendant.

DATED this 25th day of April, 2012.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE