**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT KING                                                                                       PLAINTIFF
ADC #110796

V.                              NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                       DEFENDANTS

**<u>ORDER</u>**

Plaintiff has submitted a letter requesting a trial date in this matter. Because Plaintiff is represented by counsel, any scheduling issues should be addressed by his attorney. Accordingly, the Clerk is directed to return the letter to Plaintiff without filing it.

IT IS SO ORDERED this   10   day of July, 2012.

*[signature]*

UNITED STATES MAGISTRATE JUDGE