**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

ROBERT KING                                                                                    PLAINTIFF
ADC #110796

V.                                            NO: 4:10CV00312 JLH/HDY

BOBBY GREEN *et al.*                                                              DEFENDANTS

## ORDER

Plaintiff has submitted a letter requesting a trial date in this matter.  Because Plaintiff is
represented by counsel, any scheduling issues should be addressed by his attorney.  Accordingly,
the Clerk is directed to return the letter to Plaintiff without filing it.

IT IS SO ORDERED this ___10___ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE